**No. 58089.**—Humble Oil & Refining Co. and W. R. Zanes & Company et al. *v.* United States, protests 187159–K, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.

**No. 58090.**—Commercial Metals Co. and R. W. Smith et al. *v.* United States, protests 188315–K, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.

**No. 58091.**—Amerada Petroleum Corp. and Leslie B. Canion et al. *v.* United States, protests 197894–K, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.

**No. 58092.**—Herman Kaiser Pipe & Supply Co. and R. W. Smith et al. *v.* United States, protests 200955–K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.

No. 58093.—Henry Greenberg & Bros. Export & Import Co., Inc., et al. v. United States, protests 153077-K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers and cables similar in all material respects to those the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), the claim of the plaintiffs was sustained.

No. 58094.—Robert Mance and Mohegan International Corporation v. United States, protest 212904-K (New York).

Opinion by RAO, J. It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1021, as modified, *supra*; and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw. Upon the agreed statement of facts, the claim of the plaintiffs was sustained.

No. 58095.—Brundage Merchandise Co. et al. v. United States, protests 185156-K, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of paper napkins the same in all material respects (except that they are of crepe paper)